UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JAMES LAEL JENSEN<br>MAXWELL STERLING JENSEN<br>a/k/a "Max"<br>KELLY ANNE JENSEN<br>ZACHARY GOLDEN JENSEN<br>Defendants | § § § § § § § § § § § | Criminal No.   B:25-CR-257 |

**SUPPLEMENT TO NOTICE OF FORFEITURE**

On April 17, 2025, an Indictment issued charging the above-named defendants in multiple counts with violations of Title 18, including conspiracy to money launder; smuggling goods into the United States; entry of goods into the United States by means of false statements; and conspiracy and engaging in monetary transactions with criminally derived proceeds in excess of $10,000. The Indictment included a Notice of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B); 19 U.S.C. § 1595a and 28 U.S.C. § 2461(c).[1]

This Notice serves to supplement the existing Notice of Forfeiture to all named defendants.

Pursuant to 18 U.S.C. § 982(a)(1), 19 U.S.C. § 1595a and 28 U.S.C. § 2461(c), and as a result of the commission of violations of 18 U.S.C. §§ 542, 545, and 1956 as alleged in Counts One, Two and Three of the Indictment, notice is given to Defendants that the following property shall be forfeited to the United States:

(1) APPROXIMATELY 28,620 BARRELS OF CRUDE OIL;

**(**2) APPROXIMATELY 24,000 BARRELS OF CRUDE OIL; and

---

1. The Criminal Notice of Forfeiture cites to 28 U.S.C. § 2641(c). The correct citation is 28 U.S.C. 2461(c).

(3) APPROXIMATELY 28,000 BARRELS OF CRUDE OIL.

        RESPECTFULLY SUBMITTED:

        NICOLAS J. GANJEI
        UNITED STATES ATTORNEY

BY:

        *s/ Mary Ellen Smyth*
        Mary Ellen Smyth
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

On this the 24th day of April 2025, the foregoing Supplemental Notice of Forfeiture was served via electronic case filing to all Defendants who have appeared of record in person and through their respective attorneys.

        *s/Mary Ellen Smyth*
        Mary Ellen Smyth
        Assistant United States Attorney