Appearance Bond

United States District Court
Southern District of Texas

**ENTERED**
MAY 09 2025

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Case No. 1:25-CR-257-02 |
| Maxwell Sterling Jensen | § | |

## APPEARANCE BOND

### Defendant's Agreement

I, Maxwell Sterling Jensen, (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:
 (X) to appear for court proceedings;
 (X) to comply with all conditions set forth in the Order Setting Conditions of Release.
 (X) to surrender to serve a sentence that the court may impose; and

### Type of Bond

This is a secured bond of $ 750,000.00, secured by: $75,000.00, in cash deposited with the court.

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does no comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant for the entire amounts of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declaration

*Acceptance.* I, the defendant have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.
I, the defendant declare under penalty of perjury that his information is true. (See 28 U.S.C. § 1746.)

_____
Defendant's signature

Date: May 09, 2025

CLERK OF COURT
_____
Signature of Deputy Clerk

Date: May 09, 2025

APPROVED: _____
Ignacio Torteya, III
United States Magistrate Judge
Date: May 09, 2025

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                                                                      Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.

Maxwell Sterling Jensen            )   Case No.   1:25-CR-257-02
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____United States Federal Building & Courthouse_____
*Place*
_____600 E. Harrison, Brownsville, TX   78520_____

on___05/28/2025 @ 09:00AM for Motion Hearings before Magistrate Judge Ignacio Torteya, III, Courtroom #1
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | Docket No: | 1:25-cr-257-2 |
| vs. | § | Pending in: | Southern District of Texas |
| | § | | Brownsville Division |
| Maxwell Sterling Jensen | § | Bond set: | $ 750,000 |
| Defendant. | § | Deposit: | $ 75,000 |

AFFIDAVIT OF OWNERSHIP OF
SECURITY FOR APPEARANCE BOND

I, Gordon Davies Walker, on oath hereby declare that I am the (owner/agent for the owner) of the $ 75,000 deposited as security on the appearance bond for the above-named defendant with the following:

☐ Cash

☑ Cashier's Check/Money Order (# 9806729254, 102201, Bank: Chase, Brighton )

Said deposit is to be returned to the owner at the address listed below upon exoneration of this bond:

Name: Gordon Davies Walker
Address: ███████████
         Salt Lake City, UT ███
Telephone: ███████████

*Any change in address must be made in writing, sworn to before a notary and submitted to the District Clerk's office.*

I, as owner/agent for the owner, subject said funds to the provisions of Criminal Local Rule 46.2 and consent and agree that should the defendant fail to abide by the conditions of release imposed by the Court, the Court may, upon notice to me of not less than 10 days, proceed to have said funds forfeited.

_____
Signature Defendant (Maxwell Sterling Jensen)

_____
Signature Owner/Agent for Owner (Gordon Davies Walker)

SWORN TO AND SUBSCRIBED BEFORE ME on 5/9/2025 at Brownsville.

NATHAN OCHSNER, CLERK OF COURT

By: _____
Efrain Garcia, Deputy Clerk

AO 199B (Rev. 10/20) Additional Conditions of Release                                              Page ___ of ___ Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( X ) (6) The defendant is placed in the custody of:
Person or organization Address     Gordon Davis Walker
City and state                     ▓▓▓▓▓▓▓  Salt Lake City, Utah▓   Tel. No. ▓▓▓▓▓▓

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.
Signed: *Gordon D. Walker*  May 09, 2025
        Custodian                   Date

( ☐ ) (7) The defendant must:
- ( ☒ ) (a) submit to supervision by and report for supervision to the   Pretrial Supervision in the District of Utah, Salt Lake City Division ,
  telephone number _____ , no later than   report before leaving the building today  .
- ( ☒ ) (b) maintain / actively seek employment and provide proof to the U.S. Probation Office.
- (    ) (c) continue or start an education program.
- ( ☒ ) (d) surrender any passport to: _____
- ( ☒ ) (e) not obtain a passport or other international travel document.
- ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:   travel is restricted to the District of Utah, Salt Lake City Division
  with permission to travel to the Southern District of Texas, Brownsville Division for Court related matters; no travel outside of the United States; travel to be pre-approved
- ( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
  including:  or anyone else involved in the case. Refrain from discussing this case with the co-defendants
- ( ☒ ) (h) get medical or psychiatric treatment:   submit to a mental health evaluation and/or participate in a mental health treatment program as directed
                                                    by the US Probation Office
- ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ■ ) (k) not possess a firearm, destructive device, or other weapon.
- ( ☒ ) (l) not use alcohol ( ☒ ) at all  ( ☐ ) excessively.
- ( ☒ ) (m) not use or unlawful possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ☒ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ☒ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - (   ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
  - ( X ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  - ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
- ( X ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

      ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)  Voice Recognition; or
      ( ☐ ) (iii) Radio Frequency; or
      ( ☒ ) (iv) Active GPS.

( ☒ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t) <u>Defendant must reside at ███████████ Draper, Utah</u>

AO 199C (Rev. 09/08) Advice of Penalties                                                                                       Page __3__ of __3__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

███████████████ Draper, Utah   ███████████
*City and State*                           Gordon Davis Walker

**Directions to the United States Marshal**

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __May 09, 2025__

_____
*Judicial Officer's Signature*

Ignacio Torteya III, United States Magistrate Judge
_____
*Printed name and title*