IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 1:25:cr-257 |
| | § | |
| JAMES LAEL JENSEN | § | |
| MAXWELL STERLING JENSEN | § | |
| a/k/a "Max" | § | |
| KELLY ANNE JENSEN | § | |
| ZACHARY GOLDEN JENSEN | § | |

### DEFENDANT MAXWELL STERLING JENSEN'S BRADY MOTION

TO THE HONORABLE COURT:

Defendant Maxwell Sterling Jensen, through his counsel, Robert L. Guerra, Jr., pursuant to the provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully moves this honorable court to instruct the attorney representing the government in this case to make available for defendant's inspection and copying or photographing any evidence or information within the possession, custody or control of the government, or any of its agencies, the existence of which is known, or by the exercise of due diligence may become known, to the government's attorney, and which is favorable to the defendant on the issue of guilt or innocence or which may tend to mitigate or lessen punishment in the event the jury should return a verdict of guilty. *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194, 10 L. Ed. 2d 215 (1963); *Giglio v. U.S.*, 405 U.S. 150, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972):

Defendant's request for Brady materials includes, but is not limited to, the following:

    a. Any written or recorded statement of any person which contains information favorable to the defendant;

b. The substance of any oral statement which contains information favorable to the defendant;

c. The names and addresses of all persons who have, or who may have, information favorable to the defendant;

d. The names and addresses of all persons interviewed by the government, or any of its agencies, in connection with this investigation but who the government does not intend to call as witnesses in this case; and

e. Any information which may tend to adversely affect the credibility of any persons called as a witness by the government, (Giglio v. United States, supra; United States v. Agurs, supra) including the arrest and/or conviction record of each government witness, and including any offers of immunity or lenience, whether made directly or indirectly to any government's witness in exchange for testimony.

## **Certificate of Conference**

Pursuant to S.D. Tex. Cr. LR 12.2, counsel for Maxwell Sterling Jensen attempted to confer with Assistant United States Attorney Laura Garcia, as to her position in this Motion and as of the time of this filing was unable to confer.

## **Prayer**

Defendant, therefore, respectfully requests that the Court grant this Motion. If the Court deems it necessary, Defendant requests the Court set a hearing to consider further evidence and arguments in this matter.

Respectfully submitted,

**LAW OFFICE OF ROBERT GUERRA, PLLC**

<pre>
                              By: /s/ Robert L. Guerra, Jr.
                                  1201 E. Van Buren St.,
                                  Brownsville, Texas 78520
                                  Ph. (956) 254-0694
                                  **Robert L. Guerra, Jr.**
                                  Federal ID No. 570991
                                  State Bar No. 24036694
                                  rguerra@rguerralaw.com
                                  **ATTORNEY FOR DEFENDANT**
                                  **MAXWELL STERLING JENSEN**
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-mail on this 15th day of May 2025 to the following:

| Ms. Laura Garcia<br>Assistant United States Attorney<br>United States Attorney's Office<br>600 E. Harrison, Rm 201<br>Brownsville, Texas 78520<br>Ph: (956) 548-2554<br>Email: laura.garcia@usdoj.gov | _____ Regular Mail<br>_____ Certified Mail, RRR<br>_____ Hand Delivery<br>_____ Facsimile<br>\_\_\_\_X\_\_\_\_ Electronic Mail |
|---|---|

<pre>
                                  /s/ Robert L. Guerra, Jr.
                                  ROBERT L. GUERRA, JR.
</pre>