**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 1:25:cr-257** |
| | § | |
| **JAMES LAEL JENSEN** | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |
| **KELLY ANNE JENSEN** | § | |
| **ZACHARY GOLDEN JENSEN** | § | |

## ORDER

On this _____ day of _____ 2025, came on to be heard Defendant Maxwell Sterling

Jensen's Motion for Disclosure of Electronic or Other Surveillance herein, and the Court, after

duly considering said Motion and the evidence thereon, finds that said Motion should be:

GRANTED / DENIED

SIGNED this _____ day of _____, 2025.


_____
Ignacio Torteya, III
United States Magistrate Judge