IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Case No. 1:25:cr-257 |
| | § | |
| JAMES LAEL JENSEN | § | |
| MAXWELL STERLING JENSEN | § | |
| a/k/a "Max" | § | |
| KELLY ANNE JENSEN | § | |
| ZACHARY GOLDEN JENSEN | § | |

### DEFENDANT MAXWELL STERLING JENSEN'S MOTION FOR EARLY PRODUCTION OF GIGLIO MATERIAL

TO THE HONORABLE COURT:

Defendant Maxwell Sterling Jensen, through his counsel, Robert L. Guerra, Jr., respectfully requests this honorable court, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Fifth and Sixth Amendments to the United States Constitution and the inherent powers of this court to order and regulate discovery in order to secure for the defendant a fair trial, to order the Government to provide all impeachment material, as judicially construed in *Giglio v. U.S.*, 405 U.S. 150, 92 S. Ct. 763, 31 L. Ed. 2d 104 (1972), and as requested in defendant's motion for exculpatory evidence, submitted herewith, well in advance of the commencement of trial. As grounds therefore, Defendant asserts that such disclosures are necessary in order to permit defendant the opportunity to adequately and fully prepare their defense.

### Certificate of Conference

Pursuant to S.D. Tex. Cr. LR 12.2, counsel for Maxwell Sterling Jensen attempted to confer with Assistant United States Attorney Laura Garcia, as to her position in this Motion and as of the time of this filing was unable to confer.

## Prayer

Defendant, therefore, respectfully requests that the Court grant this Motion. If the Court deems it necessary, Defendant requests the Court set a hearing to consider further evidence and arguments in this matter.

Respectfully submitted,

**LAW OFFICE OF ROBERT GUERRA, PLLC**

By: /s/ Robert L. Guerra, Jr.
    1201 E. Van Buren St.,
    Brownsville, Texas 78520
    Ph. (956) 254-0694
    **Robert L. Guerra, Jr.**
    Federal ID No. 570991
    State Bar No. 24036694
    rguerra@rguerralaw.com
    **ATTORNEY FOR DEFENDANT**
    **MAXWELL STERLING JENSEN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-mail on this 15th day of May 2025 to the following:

| Ms. Laura Garcia<br>Assistant United States Attorney<br>United States Attorney's Office<br>600 E. Harrison, Rm 201<br>Brownsville, Texas 78520<br>Ph: (956) 548-2554<br>Email: laura.garcia@usdoj.gov | _____ Regular Mail<br>_____ Certified Mail, RRR<br>_____ Hand Delivery<br>_____ Facsimile<br>\_\_\_\_X\_\_\_\_\_ Electronic Mail |
|---|---|

    /s/ Robert L. Guerra, Jr.
    ROBERT L. GUERRA, JR.