MIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 1:25:cr-257 |
| JAMES LAEL JENSEN<br>MAXWELL STERLING JENSEN<br>a/k/a "Max"<br>KELLY ANNE JENSEN<br>ZACHARY GOLDEN JENSEN | § § § § § | |

### DEFENDANT MAXWELL STERLING JENSEN'S MOTION TO LIST WITNESSES

TO THE HONORABLE COURT:

Now comes Maxwell Sterling Jensen, through his counsel, Robert L. Guerra, Jr., and files this his Motion to List Witnesses and in support thereof would show the following:

1. The Names of the witnesses that the United States Attorney will call in its case in chief are in the exclusive possession of said prosecuting attorney. The Defendant is entitled to the disclosure of such witnesses by the Government prior to the voir dire examination of the jury panel, because without which she will be unable to select a fair and impartial jury, and thus will be denied a fair trial and effective assistance of counsel, guaranteed her under the Laws and Constitution of the United States.

### Certificate of Conference

Pursuant to S.D. Tex. Cr. LR 12.2, counsel for Maxwell Sterling Jensen attempted to confer with Assistant United States Attorney Laura Garcia, as to her position in this Motion and as of the time of this filing was unable to confer.

**Prayer**

Defendant, therefore, respectfully requests that the Court grant this Motion. If the Court deems it necessary, Defendant requests the Court set a hearing to consider further evidence and arguments in this matter.

Respectfully submitted,

**LAW OFFICE OF ROBERT GUERRA, PLLC**

By: /s/ Robert L. Guerra, Jr.
1201 E. Van Buren St.,
Brownsville, Texas 78520
Ph. (956) 254-0694
**Robert L. Guerra, Jr.**
Federal ID No. 570991
State Bar No. 24036694
rguerra@rguerralaw.com
**ATTORNEY FOR DEFENDANT**
**MAXWELL STERLING JENSEN**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via e-mail on this 15th day of May 2025 to the following:

| Ms. Laura Garcia<br>Assistant United States Attorney<br>United States Attorney's Office<br>600 E. Harrison, Rm 201<br>Brownsville, Texas 78520<br>Ph: (956) 548-2554<br>Email: laura.garcia@usdoj.gov | _____ Regular Mail<br>_____ Certified Mail, RRR<br>_____ Hand Delivery<br>_____ Facsimile<br>\_\_\_\_X\_\_\_\_ Electronic Mail |
|---|---|

/s/ Robert L. Guerra, Jr.
ROBERT L. GUERRA, JR.