United States District Court
Southern District of Texas
**ENTERED**
May 28, 2025
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. B-25-257-S1-02 |
| VS. | § | Judge Rolando Olvera |
| Maxwell Sterling Jensen | § | |

## SCHEDULING ORDER

1. Deposition in Magistrate Judge Torteya's Jury Room:                                                    at

2. Deadlines      Motions:                                                              June 13, 2025

   **Any motions filed must comply with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.2.**

   Responses:                                                                                June 20, 2025

   **If discovery is opposed, opposition must be filed immediately and response(s) must comply with the Local Rules for the Southern District of Texas, in particular SDTX CrLR 12.3.**

   *Request(s) and objection(s) must be based on substance, not form.*

3. Motion Hearing before Magistrate Judge **Ignacio Torteya, III**      June 25, 2025   at 09:00 a.m.

4. Docket call and Final Pretrial Conference:                                    July 02, 2025   at 01:30 p.m.

   *\*Proposed voir dire questions and jury instructions due at Docket Call/Final Pretrial Conference.*
       *\*\*\*A courtesy copy must be made available to the Court if it exceeds 25 pages.*

   *\*\*Disclosure of Expert Witnesses. The Government and the Defendant shall disclose expert witnesses to opposing party ONE WEEK prior to Final Pretrial \*\**

   *\*All exhibits, except unanticipated rebuttal exhibits, must be exchanged between counsel no later than 5:00 P.M. on the date of <u>Final Pretrial Conference</u>. Please refer to Judge Olvera's Local Rules for additional instructions on exchanging and objecting to exhibits.\**

   **Parties must engage in timely plea negotiations. The FPTC date is NOT a date to secure a plea agreement and review it with the defendant-client. The parties must be ready to enter a plea of guilty or proceed to trial on announcement.**

5. Jury Selection:                                                                        July 14, 2025   at 10:30 a.m.

6. Estimated Trial Time:                                                                                         day
   (5.5 hours / day)

7. Motions for continuance must be filed at least three (3) business days prior to the date of the court setting and will be granted only at the Court's discretion. Motions for continuance made on the day the matter is set will not be granted absent a showing of good cause.

8. This Court's criminal docket is extremely crowded, and for purposes of docket management, this Court must be informed as to possible pre-trial disposition of cases on its docket. Therefore, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States v. Ellis*, 47 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause must be made known to the Court on or before **June 27, 2025**. No plea bargain or plea agreement entered into after this date will be honored by the Court without good cause shown for the delay.

The defendant and his / her attorney must appear for the Court settings. Failure to appear may result in additional charges being brought against the defendant.

Direct your questions about this schedule to Sandra Espinoza, Case Manager, United States District Clerk, 600 East Harrison Street, Brownsville, Texas 78520, telephone (956) 982-9685.

Signed on **May 28, 2025,** at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge