**Robert Guerra**

---

**From:** Sturgis, James (USATXS) <James.Sturgis@usdoj.gov>
**Sent:** Wednesday, June 25, 2025 10:02 AM
**To:** Robert Guerra; Crispin Quintanilla; Chip Lewis; Jason Davis; Trey Martinez; Garcia, Laura (USATXS)
**Subject:** Re: Jensen Case

After being able to confer with the agents, I don't think there is any issue with the Jensens going to AT or the Brownsville yard.
However, at this point we would oppose them communicating with Mrs. Moreno. Obviously, we can make arrangements for any documentation needed that she has solely in her possession to be turned over; however, I am sure the Jensens can find other CPAs or advisors to do their taxes.
If you need to chat about it let me know and can do.

---

**From:** Robert Guerra <rguerra@rguerralaw.com>
**Sent:** Wednesday, June 25, 2025 10:56:26 AM
**To:** Sturgis, James (USATXS) <James.Sturgis@usdoj.gov>; Crispin Quintanilla <cj@quintanilla-law.com>; Chip Lewis <chip@chiplewislaw.com>; Jason Davis <jdavis@dslawpc.com>; Trey Martinez <trey@mbmtlawfirm.com>; Garcia, Laura (USATXS) <Laura.Garcia@usdoj.gov>
**Subject:** [EXTERNAL] RE: Jensen Case

James,

They have to prepare their taxes, and they know they can't talk to anyone about the case itself. Frankly, we didn't know that she was a witness until you responded with the Government's position about them talking to her. Would the Government be willing to provide us a list of witnesses so we know who our clients can and can't talk to?

Assuming the Government's position regarding Ms. Moreno remains the same, we will likely have to ask the Court to modify the terms of his pretrial release in order to allow Ms. Moreno to do their taxes. I would imagine the Government would be opposed to the court granting any such relief, correct?

Rob

LAW OFFICE OF
ROBERT GUERRA, PLLC.

www.rguerralaw.com ● rguerra@rguerralaw.com ● 956.254.0694

1201 E. Van Buren St. ● Brownsville, Texas 78520
2601 Morgan Ave. ● Corpus Christi, Texas 78405



EXHIBIT A

This transmission may be: (1) subject to the attorney-client privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (1) as a basis for avoiding federal tax penalties that may be imposed on that person, or (2) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Sturgis, James (USATXS) <James.Sturgis@usdoj.gov>
**Sent:** Wednesday, June 25, 2025 9:35 AM
**To:** Robert Guerra <rguerra@rguerralaw.com>; Crispin Quintanilla <cj@quintanilla-law.com>; Chip Lewis <chip@chiplewislaw.com>; Jason Davis <jdavis@dslawpc.com>; Trey Martinez <trey@mbmtlawfirm.com>; Garcia, Laura (USATXS) <Laura.Garcia@usdoj.gov>
**Subject:** Re: Jensen Case

At this point that is not acceptable. If there are documents they need that she has then please let us know and we can try to make arrangements. I believe the agents will likely be making contact with her this morning so let us know if things are needed.
Thanks
James

---

**From:** Robert Guerra <rguerra@rguerralaw.com>
**Sent:** Wednesday, June 25, 2025 9:27:00 AM
**To:** Crispin Quintanilla <cj@quintanilla-law.com>; Sturgis, James (USATXS) <James.Sturgis@usdoj.gov>; Chip Lewis <chip@chiplewislaw.com>; Jason Davis <jdavis@dslawpc.com>; Trey Martinez <trey@mbmtlawfirm.com>; Garcia, Laura (USATXS) <Laura.Garcia@usdoj.gov>
**Subject:** [EXTERNAL] RE: Jensen Case

James/Laura,

Additionally, our clients need to get their taxes prepared and filed. Is it ok for them to communicate with their CPA, Gloria Moreno, for the purposes of getting their taxes done? Please advise as to the Government's position on this as well.

Rob

LAW OFFICE OF
ROBERT GUERRA, PLLC.

www.rguerralaw.com ● rguerra@rguerralaw.com ● 956.254.0694

1201 E. Van Buren St. ● Brownsville, Texas 78520
2601 Morgan Ave. ● Corpus Christi, Texas 78405

This transmission may be: (1) subject to the attorney-client privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this