United States District Court
Southern District of Texas
**ENTERED**
July 11, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>"Government," §<br>§<br>v. §<br>§<br>JAMES LAEL JENSON, et al., §<br>"Defendants." § | Civil Action No. 1:25-cr-00257-1 and 2 |

## ORDER

Before the Court is Defendant Maxwell Jenson's "Motion to Compel and/or Motion for Clarification" (Dkt. No. 106) and Defendant James Jenson's "Motion to Join Maxwell Sterling Jenson's Motion to Compel and/or for Clarification" (Dkt. No. 108) (together "Motions"). The Government is **ORDERED** to respond to these Motions (Dkt. Nos. 106 & 108) by August 1, 2025.

Signed on July 11, 2025.

_____
Rolando Olvera
United States District Judge

1 / 1