**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 1:25:cr-257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**ORDER**

ON THIS the ______day of ___________, 2025, came on to be considered Defendant, Maxwell Sterling Jensen's Motion to Join Defendant, James Lael Jensen's Opposed Motion to Take Deposition of Ms.Gloria Moreno. Upon reviewing the pleadings on file, the applicable case law and arguments of counsel, it is this Court's Opinion that said Motion should be, and is hereby **GRANTED**.

____________________________________
UNITED STATES DISTRICT JUDGE