**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 1:25−cr−00257

Maxwell Sterling Jensen

---

## Notice of Resetting

**A proceeding has been reset in this case as to Maxwell Sterling Jensen as set forth below.**

**BEFORE:**
**Judge Rolando Olvera**

**LOCATION:**
Courtroom 4
600 E. Harrison Street
Brownsville, TX 78520

**DATE:** 12/3/2025

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

---

Date: August 8, 2025 Nathan Ochsner, Clerk