United States Courts
Southern District of Texas
FILED
September 25, 2025
Nathan Ochsner, Clerk of Court

CLOSED,PAHRUMP
Email All Attys
Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
# District of Utah (Central)
# CRIMINAL DOCKET FOR CASE #: 2:25−mj−00779−PK All Defendants

Case title: USA v. Jensen

Date Filed: 08/27/2025

Date Terminated: 09/02/2025

---

Assigned to: Magistrate Judge Paul Kohler

**Defendant (1)**

**Maxwell Sterling Jensen**
*TERMINATED: 09/02/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| – | |

---

**Plaintiff**

**USA** represented by **Carol A. Dain**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111−2176
(801) 325−3353
Email: carol.dain@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

*Bar Number: 10065*
*Bar Status: Federal*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2025 | 1 | Arrest (Rule 5) of Maxwell Sterling Jensen Warrant out of the USDC Southern District of Texas. Assigned to Magistrate Judge Paul Kohler. (lam) (Entered: 08/27/2025) |
| 08/27/2025 | 2 | ORDER SETTING HEARING OR TRIAL as to Maxwell Sterling Jensen.<br><br>Initial Appearance − Rule 5 set for 9/2/2025 at 09:00 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead.<br><br>Signed by Magistrate Judge Dustin B. Pead on 8/27/2025.(lam) (Entered: 08/27/2025) |
| 09/02/2025 | 3 | WAIVER of Rule 5(c)(3) Hearing by Maxwell Sterling Jensen. (sg) (Entered: 09/10/2025) |
| 09/02/2025 | 4 | Oral MOTION to Unseal Case by USA as to Maxwell Sterling Jensen. (tls) (Entered: 09/25/2025) |
| 09/02/2025 | 5 | DOCKET TEXT ORDER granting 4 Oral Motion to Unseal Case as to Maxwell Sterling Jensen (1). Signed by Magistrate Judge Dustin B. Pead on 09/02/2025. No attached document. (tls) (Entered: 09/25/2025) |
| 09/02/2025 | | Case unsealed as to Maxwell Sterling Jensen (tls) (Entered: 09/25/2025) |
| 09/02/2025 | 6 | NOTICE OF Unsealing Criminal Case as to Maxwell Sterling Jensen (tls) (Entered: 09/25/2025) |
| 09/02/2025 | 7 | Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Initial Appearance/Detention Hearing in Rule 5/5.1 Proceedings as to Maxwell Sterling Jensen held on 9/2/2025. Defendant present with counsel and in custody. Defendant is advised of rights and penalties. Discussion held regarding identity. The Court finds that defendant is the individual wanted out of the Southern District of Texas. The Court and parties discuss the issue of detention. The Court finds that defendant was previously detained in case 2:25mj754 by Judge Kohler, and for that and other reasons stated on the record, the Court orders defendant detained in USMS custody in this matter and orders that he be transferred to the District of New Mexico consistent with the order entered by Judge Kohler on August 27, 2025. Attorney for Plaintiff: Carol Dain, Attorney for Defendant: Blake Hamilton, Retained. Interpreter: Not Needed. Recording: Electronic. (Time Start: 9:08:17, Time End: 9:18:53, Room 8.400). (tls) (Entered: 09/25/2025) |
| 09/02/2025 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Maxwell Sterling Jensen. Defendant committed to District of Southern District of Texas, Brownsville Division. Signed by Magistrate Judge Dustin B. Pead on 09/02/2025.(tls) (Entered: 09/25/2025) |

FID# 11794518
76323-511

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Maxwell Sterling Jensen a/k/a Max

*Defendant*

Case No. 1:25-cr-257-2-S1

RECD USMS BROWNSVILLE
AUG 27 2025

COPY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Maxwell Sterling Jensen a/k/a Max, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☑ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Violating the conditions of Pretrial Release.

Date: 08/27/2025

Sara Celis, Deputy Clerk
*Issuing officer's signature*

City and state: Brownsville, Texas

NATHAN OCHSNER, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________ at *(city and state)* __________.

Date: __________

*Arresting officer's signature*

*Printed name and title*

PS-8
(Rev. 9/20)

**UNITED STATES DISTRICT COURT**

Southern District of Texas
Brownsville Division

U.S.A. vs. Maxwell Sterling Jensen a/k/a "Max" — Docket No. 1:25CR00257-002-S1

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

COMES NOW Rosbel Cantu, Jr., Senior U.S. Probation Officer presenting an official report upon the conduct of defendant Maxwell Sterling Jensen, a/k/a "Max", who was placed under pretrial release supervision by the Honorable Dustin B. Pead, sitting in the Magistrate Court at Salt Lake City, Utah, on April 24, 2025, under the following conditions:

(1): The defendant must not violate federal, state, or local law while on release.

**PREVIOUS COURT ACTION/CASE STATUS**: On April 17, 2025, a Federal Grand Jury in Brownsville, Texas, filed a five-count indictment against Maxwell Sterling Jensen, charging him as follows: Count 1 – Money Laundering Conspiracy, Count 2 – Aid and Abet Smuggling Goods into the United States, and Count 3 – Aid and Abet Smuggling Goods into the United States. On this same date, the Court ordered the issuance of a warrant and set the amount of bail. On April 23, 2025, the defendant was arrested on the strength of the aforementioned warrant in the District of Utah-Salt Lake City Division. On May 9, 2025, the defendant was ordered release on a $750,000.00 bond with a $75,000.00 cash deposit. On this same date, the defendant was released from custody.

On May 22, 2025, a Federal Grand Jury in Brownsville, Texas, filed a five-count superseding indictment against Maxwell Sterling Jensen, charging him as follows: Count 1 – Money Laundering Conspiracy, Count 2 – Aid and Abet Smuggling Goods into the United States, Count 3 – Aid and Abet Entry of Goods by Means of False Statements, and Count 5 – Conspiracy to Provide Material Support or Resources to a Designated Foreign Terrorist Organization.

A Final Pretrial Conference is scheduled for December 2, 2025, before United States District Judge Rolando Olvera.

**U.S. PROBATION PRESENTS PETITION FOR COURT ACTION AS FOLLOWS:**

On Friday, August 22, 2025, the United States Probation and Pretrial Services Office in the Southern District of Texas-Brownsville Division received an email correspondence from the District of Utah-Salt Lake City Division notifying that Maxwell Sterling Jensen was arrested for the offense of Transportation of Stolen Goods, in violation of 18 U.S.C. § 2314, as alleged in Criminal Complaint Number 2:25MJ3354-001, in the United States District Court, District of New Mexico-Las Cruces Division.

According to the criminal compliant affidavit, on or about June 18, 2025, a United States Federal Bureau of Investigations (FBI) special agent of the Midland, Texas, resident agency office received information that Maxwell Sterling Jensen was seeking to orchestrate a scheme to purchase stolen crude oil. Mr. Jensen was seeking a vacuum truck driver to retrieve the crude oil from third party locations, and transport the

oil to 4154 7 Rivers Highway, Carlsbad, New Mexico, the target location where they would store the stolen crude oil. This location was used to receive approximately 600 barrels of oil daily.

The FBI agent initiated periodic surveillance at the aforementioned location. The agent observed three (3) frac tanks and a white water hauling vacuum truck frequently park at the location. He identified and noted the target vehicle's United States Department of Transportation (USDOT) number and company name. On July 22, 2025, the FBI agent observed the target vehicle leave the location and followed it to a Plains All American Pipeline (PAAP) site, located at specific coordinates in New Mexico. The vehicle tapped into a portion of the pipeline at this site. An undisclosed time later, the agent noticed that the target vehicle had already traveled to another PAAP site, with different coordinates in New Mexico, on the same pipeline. The agent observed that a PAAP employee was assisting the target vehicle's driver.

On July 25, 2025, the FBI agent observed two (2) crude oil hauling commercial motor vehicles (CMV) parked at the target location. The drivers of the CMVs hooked up their truck hoses to one of the frac tanks and appeared to be filling their crude oil haulers. The agent requested assistance to follow the CMVs. The CMVs were driven south on Highway 285 into west Texas and stopped at a Lease Automatic Custody Transfer (LACT) unit, with specific coordinates in Texas. The agents observed the CMVs, which bore the company name 9G Logistics on them with a corresponding USDOT number, hook up to the LACT and appear to empty their loads of crude oil. Agents photographed the company name of the LACT, which was Gibson Energy.

On July 29, 2025, a tracker warrant was requested for the target vehicle suspected of stealing and transporting crude oil. It was ordered and signed by a federal magistrate judge on or about July 30, 2025. On this date, the FBI initiated and coordinated a multi-agency operation that revealed the suspects stealing crude oil. Initially, the tracker data revealed that the target vehicle made 15 trips to the PAAP from on or about July 31, 2025, to on or about August 11, 2025. However, on August 11, 2025, the tracker appeared to have fallen off the target vehicle. The tracker was located and placed on the target vehicle again on August 14, 2025. A total of 23 trips were recorded on the tracker device going to PAAP pipeline sites from on or about July 22, 2025, to on or about August 18, 2025, which apparently involved in theft of crude oil.

Additionally, telephone recorded conversations revealed that Maxwell Jensen told an undisclosed individual that his associate, identified as Tom (Rees), ran Jensen's yard in Carlsbad under the business name "Hound Dog." Mr. Jensen explained that Hound Dog received 25% of the illicit profits for oil sold from the target location in Carlsbad and that as of July 29, 2025, Rees had produced more than 100 load tickets.

On August 21, 2025, United States Magistrate Judge Barbara S. Evans ordered the issuance of an arrest warrant in Criminal Complaint Number 2:25MJ03354-001, filed in the United States District Court, District of New Mexico-Las Cruces Division. On this same date, Maxwell Sterling Jensen was arrested on the strength of said warrant.

PRAYING THAT THE COURT WILL

Issue a warrant so the defendant can be brought before the Court to show why his bond release should not be revoked.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Rosbel Cantu, Jr.
United States Probation Officer
Date: August 26, 2025
PACTS# 9901543

Michael A. Stevens
Supervising U.S. Probation Officer

Order of the Court:

☐ No Action

☑ Issuance of a Warrant

☐ Issuance of a Summons

☐ Concur with recommendation

☐ Other: ______________________.

Considered and ordered 27th day of August 2025 and ordered filed and made part of the records in the above case.

Rolando Olvera
United States District Judge

TRUE COPY I CERTIFY AND ATTEST:
NATHAN OCHSNER, CLERK OF COURT
BY ______
DEPUTY CLERK

MIME−Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Paul Kohler (utdecf_kohler@utd.uscourts.gov)
--Non Case Participants: Probation Office − Pretrial (utp_pts_ecfnotice@utp.uscourts.gov)
--No Notice Sent:

Message−Id:6256980@utd.uscourts.gov
Subject:Activity in Case 25−779 Sealed v. Sealed (Redacted Notice)
Content−Type: text/html

**If you need assistance, call the Help Desk at (801)524−6100.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 8/27/2025 at 11:20 AM MDT and filed on 8/27/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 2:25−mj−00779−PK *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**ORDER SETTING HEARING OR TRIAL as to Maxwell Sterling Jensen.**

**Initial Appearance − Rule 5 set for 9/2/2025 at 09:00 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead.**

**Signed by Magistrate Judge Dustin B. Pead on 8/27/2025.(lam)**

**2:25−mj−00779−PK *SEALED*−1 Notice has been electronically mailed to:**

**2:25−mj−00779−PK *SEALED*−1 Notice has been delivered by other means to:**

---

***REDACTED NOTICE FOLLOWS***

---

**This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6100.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free**

**download restrictions and 30−page limit do not apply.**

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court−generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under â€œNotice has been delivered by other means to. . . â€œ. The court will not mail NEFs and documents of party−generated filings to any party (including the filing party) even if the â€œNotice has been delivered by other means to. . . â€œ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 8/27/2025 at 11:20 AM MDT and filed on 8/27/2025

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 25−779 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | Sealed (No document attached) |

**Docket Text:**
**The docket text for this docket entry is redacted because either the case or the docket entry is sealed. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH
SEP 02 2025
GARY P. SEDAR
CLERK OF COURT
BY ______ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.
Maxwell ZSterling Jensen

*Defendant*

Case No. 2:25-mj-00779 PK

Charging District's Case No. 1:25CR257

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Texas - Brownsville.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 09/02/2025

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Blake Hamilton
*Printed name of defendant's attorney*

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Paul Kohler (utdecf_kohler@utd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6286112@utd.uscourts.gov
Subject:Activity in Case 25-779 Sealed v. Sealed (Redacted Notice)
```
Content-Type: text/html

**If you need assistance, call the Help Desk at (801)524-6100.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2025 at 12:31 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 2:25-mj-00779-PK *SEALED* |
| **Filer:** | USA |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**Oral MOTION to Unseal Case by USA as to Maxwell Sterling Jensen. (tls)**

**2:25-mj-00779-PK *SEALED*-1 Notice has been electronically mailed to:**

**2:25-mj-00779-PK *SEALED*-1 Notice has been delivered by other means to:**

---

***REDACTED NOTICE FOLLOWS***

---

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30-page limit do not apply.**

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court-generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated

under â€œNotice has been delivered by other means to. . . â€œ. The court will not mail NEFs and documents of party−generated filings to any party (including the filing party) even if the â€œNotice has been delivered by other means to. . . â€œ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**

The following transaction was entered on 9/25/2025 at 12:31 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 25−779 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | Sealed (No document attached) |

**Docket Text:**
**The docket text for this docket entry is redacted because either the case or the docket entry is sealed. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

MIME−Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
−−Case Participants: Magistrate Judge Paul Kohler (utdecf_kohler@utd.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:6286114@utd.uscourts.gov
Subject:Activity in Case 25−779 Sealed v. Sealed (Redacted Notice)
Content−Type: text/html

**If you need assistance, call the Help Desk at (801)524−6100.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2025 at 12:32 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 2:25−mj−00779−PK *SEALED* |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**DOCKET TEXT ORDER granting [4] Oral Motion to Unseal Case as to Maxwell Sterling Jensen (1).**

Signed by Magistrate Judge Dustin B. Pead on 09/02/2025. No attached document. (tls)
**2:25−mj−00779−PK *SEALED*−1 Notice has been electronically mailed to:**

**2:25−mj−00779−PK *SEALED*−1 Notice has been delivered by other means to:**

---

***REDACTED NOTICE FOLLOWS***

---

**This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6100.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30−page limit do not apply.**

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court−generated documents (e.g., reports and recommendations,

orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated under â€œNotice has been delivered by other means to. . . â€œ. The court will not mail NEFs and documents of party−generated filings to any party (including the filing party) even if the â€œNotice has been delivered by other means to. . . â€œ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2025 at 12:32 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 25−779 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | Sealed (No document attached) |

**Docket Text:**
**The docket text for this docket entry is redacted because either the case or the docket entry is sealed. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

```
MIME−Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
−−Case Participants: Magistrate Judge Paul Kohler (utdecf_kohler@utd.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:6286116@utd.uscourts.gov
Subject:Activity in Case 2:25−mj−00779−PK USA v. SEALED Case Unsealed
```
Content−Type: text/html

**If you need assistance, call the Help Desk at (801)524−6100.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2025 at 12:32 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 2:25−mj−00779−PK *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Case unsealed as to Maxwell Sterling Jensen (tls)**

**2:25−mj−00779−PK *SEALED*−1 Notice has been electronically mailed to:**

**2:25−mj−00779−PK *SEALED*−1 Notice has been delivered by other means to:**

---

***REDACTED NOTICE FOLLOWS***

---

**This is an automatic e−mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524−6100.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including unrepresented parties) who receive notice by email to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. Access to the one free electronic copy expires as designated by PACER. To avoid incurring charges later, download and save a copy of the document during the first access. However, if the referenced document is a transcript, the free download restrictions and 30−page limit do not apply.**

***NOTICE REGARDING MAILING COPIES OF NEFS AND DOCUMENTS*** The court will mail a copy of the NEF and associated document of court−generated documents (e.g., reports and recommendations, orders, and notices of hearings) to parties who are not registered to receive electronic notice, as indicated

under â€œNotice has been delivered by other means to. . . â€œ. The court will not mail NEFs and documents of party−generated filings to any party (including the filing party) even if the â€œNotice has been delivered by other means to. . . â€œ states otherwise. The filing party is responsible for serving a copy of the NEF or document on parties who do not receive electronic notice.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**

The following transaction was entered on 9/25/2025 at 12:32 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 2:25−mj−00779−PK *SEALED* |
| **Filer:** | Redacted |
| **Document Number:** | No document attached |

**Docket Text:**
**The docket text for this docket entry is redacted because either the case or the docket entry is sealed. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

```
MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carol A. Dain (carol.dain@usdoj.gov, caseview.ecf@usdoj.gov,
erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Magistrate Judge Paul Kohler
(utdecf_kohler@utd.uscourts.gov)
--Non Case Participants: Probation Office - Post Conviction
(utp_ecfnotice@utp.uscourts.gov), US Marshals Office - Criminal Desk
(peter.mclaughlin@usdoj.gov, slcusm.cellblock@usdoj.gov, tesha.hewlett@usdoj.gov)
--No Notice Sent:

Message-Id:6286118@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00779-PK USA v. Jensen Notice of Unsealing Criminal Case
```

Content-Type: text/html

**If you need assistance, call the Help Desk at (801)524-6100.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2025 at 12:33 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. Jensen |
| **Case Number:** | 2:25-mj-00779-PK |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
**NOTICE OF Unsealing Criminal Case as to Maxwell Sterling Jensen (tls)**

**2:25-mj-00779-PK-1 Notice has been electronically mailed to:**

Carol A. Dain carol.dain@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

**2:25-mj-00779-PK-1 Notice has been delivered by other means to:**

MIME-Version:1.0
From:utd_enotice@utd.uscourts.gov
To:ecf_notice@localhost.localdomain
Bcc:
--Case Participants: Carol A. Dain (carol.dain@usdoj.gov, caseview.ecf@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov), Magistrate Judge Paul Kohler (utdecf_kohler@utd.uscourts.gov)
--Non Case Participants: Probation Office - Pretrial (utp_pts_ecfnotice@utp.uscourts.gov), US Marshals Office - Criminal Desk (peter.mclaughlin@usdoj.gov, slcusm.cellblock@usdoj.gov, tesha.hewlett@usdoj.gov)
--No Notice Sent:

Message-Id:6286126@utd.uscourts.gov
Subject:Activity in Case 2:25-mj-00779-PK USA v. Jensen Initial Appearance - Rule 5/5.1
Content-Type: text/html

**If you need assistance, call the Help Desk at (801)524-6100.**

**US District Court Electronic Case Filing System**

**District of Utah**

## Notice of Electronic Filing

The following transaction was entered on 9/25/2025 at 12:43 PM MDT and filed on 9/2/2025

| | |
|---|---|
| **Case Name:** | USA v. Jensen |
| **Case Number:** | 2:25-mj-00779-PK |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Dustin B. Pead: Initial Appearance/Detention Hearing in Rule 5/5.1 Proceedings as to Maxwell Sterling Jensen held on 9/2/2025. Defendant present with counsel and in custody. Defendant is advised of rights and penalties. Discussion held regarding identity. The Court finds that defendant is the individual wanted out of the Southern District of Texas. The Court and parties discuss the issue of detention. The Court finds that defendant was previously detained in case 2:25mj754 by Judge Kohler, and for that and other reasons stated on the record, the Court orders defendant detained in USMS custody in this matter and orders that he be transferred to the District of New Mexico consistent with the order entered by Judge Kohler on August 27, 2025.**

Attorney for Plaintiff: Carol Dain, Attorney for Defendant: Blake Hamilton, Retained. Interpreter: Not Needed. Recording: Electronic. (Time Start: 9:08:17, Time End: 9:18:53, Room 8.400). (tls)
**2:25-mj-00779-PK-1 Notice has been electronically mailed to:**

Carol A. Dain carol.dain@usdoj.gov, CaseView.ECF@usdoj.gov, erica.arvizo@usdoj.gov, jennifer.salt@usdoj.gov

**2:25-mj-00779-PK-1 Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.
Maxwell Jensen
*Defendant*

Case No. 2:25-mj-00779 DBP

Charging District's Case No. 1:25cr257

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Texas, *(if applicable)* Brownsville division. The defendant may need an interpreter for this language: N/A.

The defendant: ☒ will retain an attorney.

☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 09/02/2025

*Judge's signature*

Dustin B. Pead, Chief U.S. Magistrate Judge
*Printed name and title*