IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CASE NO. 1:25-cr-257 |
| | § | |
| MAXWELL STERLING JENSEN a/k/a "Max" | § § § | |

### ORDER

On this day came before the Court Defendant Maxwell Sterling Jensen's Unopposed Emergency Motion To Permit Extended Attorney-Client Telephonic Communications and to Address Facility Imposed Barriers to Attorney Access, and the Court, having considered the motion, the representations of counsel, and the position of the United States Marshals Service, finds that good cause exists for the relief requested.

Accordingly, IT IS ORDERED that the United States Marshals Service for the District of New Mexico and the Dona Ana County Detention Center shall permit the following:

- Attorney-client telephone calls exceeding thirty (30) minutes, as reasonably necessary;
- Authorizing consecutive or uninterrupted attorney-client call blocks where needed;
- Dona Ana County Detention Center to promptly approve counsel for attorney-client communications and to remove administrative obstacles preventing access;
- Attorney-client communications be facilitated without unreasonable delay or interruption.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2025.

_____
Rolando Olvera
United States District Judge