United States District Court
Southern District of Texas
**ENTERED**
March 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, §<br>"Government," §<br>§<br>v. §<br>§<br>JAMES LAEL JENSEN, et al., §<br>"Defendants." § | | Criminal No. 1:25-cr-00257 |

## ORDER

Before the Court are "Defendants' Joint Motion to Enforce Court Order on Joint Defense Visits" (Dkt. No. 194) and the Government's "Response to Defendants' Joint Motion" (Dkt. No. 196). The Court, having considered the motion, finds that good cause exists for the relief requested.

Accordingly, IT IS **ORDERED** that the original Order dated October 14, 2025, be enforced and hold that:

1. The October 14, 2025, Order applies to the Otero County Prison Facility, or any facility in which Mr. Jensen is housed while in federal custody;

2. The Order permits contact visits for joint defense purposes involving the following individuals and that they be allowed to enter with one non-networked laptop and external drives with the relevant discovery:

    - Maxwell Sterling Jensen, Defendant;
    - James Jensen, Defendant;
    - Benigno (Trey) Martinez, Attorney;
    - Robert Guerra, Attorney;
    - Jason Davis, Attorney;
    - Tomas F. Tijerina, Attorney;
    - Jay Hulings, Attorney;
    - Mayra Padilla, Paralegal;
    - Jeff Jenson, Investigator.

3. Such visits may occur either at the detention facility or, if necessary, at the courthouse, subject to reasonable security procedures; and

4. Detention facility policies may regulate logistics and security but should not nullify or materially restrict the relief expressly granted by the Court.

IT IS SO **ORDERED**.

Signed on March 12, 2026.

                                                                             _____
                                                                             Rolando Olvera
                                                                             United States District Judge