United States District Court
Southern District of Texas

**ENTERED**
July 13, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal Action No. 1:25-CR-0257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |

**ORDER**

ON THIS the __13th__ day of _____July_____, 2026, came on to be considered Defendant, Maxwell Sterling Jensen's Unopposed Motion for Pre-Plea Presentence Investigation Report. Upon reviewing the pleadings on file, the applicable case law and arguments of counsel and the signed and written consent of the Defendant to proceed accordingly, it is this Court's Opinion that the granting of the relief requested would facilitate plea negotiations between the parties, given the complexity of the matters brought forth in this criminal action. It is the opinion of the court that said Motion should be, and is hereby **GRANTED**. **IT IS THEREFORE,**

**ORDERED, ADJUDGED AND DECREED,** that pursuant to Federal Rule of Criminal Procedure 32, the United States Probation Office for the Southern District of Texas is hereby directed to conduct a pre-plea Presentence Investigation, and prepare a Presentence Investigation Report for Defendant, Maxwell Sterling Jensen. Said report is to be completed within forty-five (45) days of the Court signing of this order. The report will cover the following topics only:

a. Preliminary guideline calculations for all counts charged against Maxwell Sterling Jensen, including grouping, base offense levels, applicable specific offense characteristics, relevant conduct, and acceptance-of-responsibility contingencies as appropriate;

b. Criminal history category determination, including verification of prior convictions and status points, if any;

c.  Restitution analysis identifying potential categories of victims, loss calculations to the extent ascertainable at this stage, and recommended methodology for final determination;

d.  Financial condition and ability-to-pay assessment pertinent to restitution, fines, and special assessments, recognizing that forfeiture proceedings are separate but financially relevant to the defendant's overall exposure; and

e.  Collateral considerations pertinent to plea decision-making, including any statutory bars, mandatory minimums, supervised release ranges, and any known immigration or other collateral consequence flags.

It is further **ORDERED, ADJUDGED AND DECREED,** that the report will be sealed, and forwarded to the Government and Defense counsel for Defendant, Maxwell Sterling Jensen *only.* The Court hereby orders and directs the United States Probation Office that it not provide a copy of its pre-plea Presentence Investigation Report to the Court at this time, and can only do so in the event that Defendant enters a plea of guilty in this matter in open court, or if a finding of guilty is ultimately returned by a jury at trial.

All other relief not expressly stated herein is **denied.**

_____
UNITED STATES DISTRICT JUDGE