**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:25-cr-257** |
| | § | |
| **MAXWELL STERLING JENSEN** | § | |
| **a/k/a "Max"** | § | |

**MOTION TO SEAL MOTION FOR PRE-PLEA PRESENTENCE INVESTIGATION
REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, Maxwell Sterling Jensen, by and through undersigned counsel,

and files this Motion to Seal the Motion for Pre-Plea Presentence Investigation Report [DKT. 234] ,

and in support thereof would respectfully show:

**I.**

1.      On July 12, 2026, Defendant filed Defendant Maxwell Sterling Jensen's

Unopposed Motion for Pre-Plea Presentence Investigation Report [DKT 234].The document was

docketed and filed on the public record and is presently accessible to the public through PACER

and at the Clerk's Office.

2.      As set forth below, Motion for Pre-Plea Presentence Investigation Report is a

document "related to" a presentence report within the meaning of this Court's local rules and

administrative procedures governing sealed filings, and its contents concern the confidential, pre-

plea posture of ongoing negotiations between Defendant and the Government. Defendant

respectfully requests that the Court order the Motion for Pre-Plea Presentence Investigation Report

be sealed and direct the Clerk of Court to restrict public access to it.

**II.      ARGUMENT**

3.      This Court's Criminal Local Rules provide that "[p]resentence reports and related documents are filed under seal by the probation office electronically in the Court's Electronic Filing System (CM/ECF)." S.D. Tex. Crim. L.R. 32.4.

4.      This Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases likewise provide that, in criminal cases, "[f]iling users must electronically file the following documents under seal[,]" including "[d]ocuments related to pre-sentence reports." S.D. Tex. Admin. Proc. for Elec. Filing in Civil & Crim. Cases § 6.C(1)(a).

5.      Motion for Pre-Plea Presentence Investigation Report is a document "related to" a pre-sentence report: its title, its requested relief, and its substance all concern the preparation, scope, and confidential pre-plea handling of a PSR for Defendant. [DKT. 234] The Motion for Pre-Plea Presentence Investigation Report also discloses the existence and posture of ongoing pre-plea negotiations, the parties' agreement that the PSR be withheld from the Court pending a plea or verdict, and allegations concerning money laundering and terrorism-related conduct.

6.      For these reasons, the Motion for Pre-Plea Presentence Investigation Report should be sealed, and the Clerk of Court should be directed to restrict public and PACER access to it.

### III.      CERTIFICATE OF CONFERENCE

Pursuant to S.D. Tex. Cr. LR 12.2, counsel for Maxwell Sterling Jensen conferred with Assistant United States Attorney James Henry Sturgis, as to his position and he is unopposed.

### IV.      RELIEF REQUESTED

WHEREFORE, Defendant Maxwell Sterling Jensen, by and through undersigned counsel, respectfully requests that this Honorable Court grant this Motion and enter an Order to seal Motion for Pre-Plea Presentence Investigation Report [DKT. 234].

Respectfully submitted,

**MARTINEZ / TIJERINA, PLLC**
1201 E. Van Buren
Brownsville, Texas 78520
Tel:  956-550-4868
Fax:  956-621-0135


By: /s/ Benigno (Trey) Martinez
BENIGNO (TREY) MARTINEZ
State Bar No.  00797011
Federal ID No. 23945
E-mail: trey@mbmtlawfirm.com

**LAW OFFICE OF ROBERT GUERRA, PLLC**
1201 E. Van Buren St.
Brownsville, Texas 78520
Ph. (956) 254-0694
By: /s/ Robert Guerra
Robert Guerra, Lead Counsel
Federal ID No. 570991
State Bar No. 24036694
rguerra@rguerralaw.com
**ATTORNEYS FOR DEFENDANT**
**MAXWELL STERLING JENSEN**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via e-mail on this 13th day of July 2026 to the following:

| | |
|---|---|
| Mr. James H. Sturgis<br>Assistant United States Attorney<br>United States Attorney's Office<br>1701 W Hwy 83, Ste 600<br>McAllen, Texas 78501<br>E-mail: james.sturgis@usdoj.gov | _____ Regular Mail<br>_____ Certified Mail, RRR<br>_____ Hand Delivery<br>_____ Facsimile<br>___X___ Electronic Mail |
| Ms. Laura M. Garcia<br>Assistant United States Attorney<br>United States Attorney's Office<br>1701 W Hwy 83, Ste 600<br>McAllen, Texas 78501<br>E-mail: laura.garcia@usdoj.gov | _____ Regular Mail<br>_____ Certified Mail, RRR<br>_____ Hand Delivery<br>_____ Facsimile<br>___X___ Electronic Mail |

/s/ Benigno (Trey) Martinez
BENIGNO (TREY) MARTINEZ