**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MAXWELL STERLING JENSEN**<br>**a/k/a "Max"** | §<br>§<br>§<br>§<br>§<br>§ | **CRIMINAL NO. 1:25-cr-257** |

**<u>ORDER</u>**

On this day came before the Court Defendant, J Maxwell Sterling Jensen's Motion to Seal the Motion for Pre-Plea Presentence Investigation Report, and the Court, having considered the motion, the representations of counsel, finds that good cause exists for the relief requested.

Accordingly, IT IS HEREBY ORDERED that the Motion for Pre-Plea Presentence Investigation Report and Order in this cause be sealed.

IT IS SO ORDERED.

SIGNED this _______ day of ___________________, 2026.

________________________________
Rolando Olvera
United States District Judge